Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Frederick V. McMenimen III  **Case Number:** 1:18CR10369

**Name of Sentencing Judicial Officer (D/NH):** The Honorable Steven J. McAuliffe, U.S. District Judge

**Name of District of MA Judicial Officer:** The Honorable Judge Assigned, U.S. District Judge

**Date of Original Sentence:** February 11, 2015

**Original Offense:** Mail Fraud, in violation of 18 U.S.C. § 1341 (Count 4) Money Laundering, in violation of 18 U.S.C § 1957 (Count 27) and Federal Income Tax Evasion, in violation of 26 U.S.C. § 7201 (Counts 29-31).

**Original Sentence:** 42 months of custody followed by 36 months supervised release

**Type of Supervision:** Term of Supervised Release    **Date Supervision Commenced:** October 04, 2017

---

### Notice of Civil Restraining Order

On February 6, 2019, this officer received a call from the sister of Mr. McMenimen, Linda Trudel. Ms. Trudel advised this officer that she received a letter in the mail from her brother notifying her that he was suing her for $50,000. She indicated that Mr. McMenimen reported that he was suing her for making false statements about him as well as for defaming his character. Ms. Trudel reported that although in the letter Mr. McMenimen stated that the notification was not a threat, she indicated that she did feel threatened based on their tension in the past.

On that same date, this officer received another call from Linda Trudel, reporting to this officer that she had filed a temporary restraining order (Case Number: 650-2019-DV-00038 and PNO Number: 6501910038) against Mr. McMenimen out of Laconia District Court in New Hampshire. Records obtained by the Probation Office confirm that a temporary restraining order was issued on February 6, 2019 and will remain in effect until a further hearing on March 4, 2019.

On February 7, 2019, Mr. McMenimen notified this officer that he had been served with the restraining order.

On February 8, 2019, this officer called Laconia District Court to retrieve a copy of the restraining order. This officer also called Mr. McMenimen and instructed him to abide by the terms of the restraining order. He was also advised to make sure that a third party does not contact Ms. Trudel on his behalf.

Prob 12A -2- Report on Offender Under Supervision

U.S. Probation Officer Action:

As noted above, in response to the issuance of the restraining order, the Probation Office contacted Mr. McMenimen and directed him to have no contact, directly or indirectly, with his sister, Linda Trudel. Ms. Trudel was notified that Mr. McMenimen has received a copy of the restraining order.

Mr. McMenimen reported that there have been issues with his sister in the past and he noted that she is estranged from majority of their family. Mr. McMenimen confirmed that he will attend the March 4, 2019 hearing.

We respectfully request that Your Honor refrain from taking any action at this time. This office will continue to monitor Mr. McMenimen's compliance with the restraining order while it remains in effect. The Probation Office will notify Your Honor accordingly of any further developments regarding this matter.

Reviewed/Approved by: Respectfully submitted,

*/s/ Lisa M. Paiva* */s/ Taia Thompson*
Lisa M. Paiva by Taia Thompson
Supervisory U.S. Probation Officer U.S. Probation Officer
Date: 2/13/2019

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ X ] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

/s/ F. Dennis Saylor, IV
Signature of Assigned Judicial Officer

03/05/2019
Date